## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Fuhr v. Deutsche Bank AG        Docket No.: 14-3904

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Robert J. Liubicic, Esq.

Firm: Milbank, Tweed, Hadley & McCloy LLP

Address: 601 South Figueroa Street 30th Floor, Los Angeles, CA 90017-5735

Telephone: 213-892-4000        Fax: 213-629-5063

E-mail: rliubicic@milbank.com

Appearance for: Deutsche Bank AG
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Sander Bak / Milbank, Tweed, Hadley & McCloy LLP )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

### CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: _[signature]_

Type or Print Name: Robert J. Liubicic, Esq.